**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| ROBERT LEE COOPER, ADC #123203 | * * * | |
| Plaintiff, | * | |
| v. | * * | No. 5:10-cv-00253-SWW-JJV |
| ARKANSAS DEPARTMENT OF CORRECTION, Infirmary | * * * | |
| Defendant. | * | |

## **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 28th day of October, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE