**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| ROBERT LEE COOPER, <br> ADC #123203, <br>           Plaintiff, <br> v. <br> <br> ARKANSAS DEPARTMENT OF <br> CORRECTION, Infirmary; *et al.,* <br> <br>           Defendants. | * <br> * <br> * <br> * <br> *  No. 5:10-cv-00253-SWW-JJV <br> * <br> * <br> * <br> * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendant ADC Infirmary is DISMISSED from this action, as immune from liability.

2. Defendant Jimmy Banks is DISMISSED from this action, for Plaintiff's failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 4th day of March, 2011.

                                                /s/Susan Webber Wright
                                      UNITED STATES DISTRICT JUDGE